No. 311. A A A DENTAL LABORATORIES, INC., ET AL. *v.* ILLINOIS EX REL. CHICAGO DENTAL SOCIETY ET AL. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Werner W. Schroeder* for appellants. *Owen Rall* for appellees.